UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-2FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | NOTICE OF INTENT TO |
| v. | ) | R E Q U E S T |
| | ) | JUDICIAL REMOVAL |
| SAMUEL SIMON SRAHA | ) | |

The United States hereby provides this notice to Samuel Simon Sraha ("defendant") and to his attorney of record, William Woodward Webb, Jr., confirming that, consistent with his agreement with the United States, upon conviction of the defendant for violation of 8 U.S.C. § 1325(c), the United States shall request that the Court issue a judicial order of removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Respectfully submitted, this 11th day of December 2019.

ROBERT J. HIGDON
United States Attorney

/s/ Gabriel J. Diaz
GABRIEL J. DIAZ
Assistant United States Attorney
United States Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone (919) 856-4326
Fax (919) 856-4487
Gabriel.diaz@usdoj.gov
NC Bar No. 49159

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 11th day of December 2019, served a copy of the foregoing upon the Defendant either to counsel electronically, or by mail addressed as follows:

>William Woodward Webb, Jr.
>Attorney at Law

>/s/ Gabriel J. Diaz
>GABRIEL J. DIAZ
>Assistant United States Attorney Criminal Division
>United States Attorney's Office
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601
>Phone: 919-856-4530; Fax: 919-856-4487
>gabriel.diaz@usdoj.gov
>NC Bar No. 49159