UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-2FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | STIPULATED JUDICIAL ORDER |
| v. ) | OF REMOVAL |
| ) | |
| SAMUEL SIMON SRAHA ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of SAMUEL SIMON SRAHA ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Ghana and a citizen of Ghana.

3. The defendant was admitted to the United States as a non-immigrant under a B-2 visitor visa, at Boston, Massachusetts, on or about April 7, 2018, and was authorized to remain for a period not to exceed October 6, 2018.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of North Carolina, of Count One of the Indictment charging conspiracy to commit marriage fraud, Title 18 United States Code, Section 371.

5. The maximum term of imprisonment for a violation of Title 8 United States Code, Section 1325(c) is 5 years. Given that the defendant pleaded guilty pursuant to

1

a plea agreement to one count of 18 U.S.C. § 1542, the maximum sentence faced by the defendant is 5 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States, pursuant to 8 U.S.C. § 1227(a)(1)(B) as an alien who was admitted as a nonimmigrant and is present in violation of law.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered promptly removed from the United States to Ghana.

IT IS SO ORDERED this 22 day of June, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge